UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: DEBRA CANTWELL.

_____

Underlying Litigation:

Taxotere (Docetaxel) Products Liability
Litigation, C 16-2740 (E.D. La.).

NO. MC18-0112RSL

ORDER EXTENDING DEADLINES

This matter comes before the Court on the parties' "Stipulation Regarding Time to Respond and Reply to Motion to Quash." Dkt. # 9. The parties agree that substantive responses to the pending motion to quash should not be filed until after the Court determines whether this matter should be stayed. The briefing schedule proposed by the parties is nineteen days long, however, and has almost no likelihood of resulting in the motion to quash being noted on a Friday, as is specified in the local rules of this district.

The request for an extension of Sanofi's deadline to respond to Ms. Cantwell's motion to quash and of Ms. Cantwell's deadline to reply in support of the motion to quash is GRANTED. The Court will renote the motion to quash if it denies Sanofi's motion for stay, keeping in mind the parties' preferred briefing schedule.

ORDER EXTENDING DEADLINES - 1

Dated this 21st day of November, 2018.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER EXTENDING DEADLINES - 2